UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL MOSHIR,

                        Plaintiff,

-against-

AS (AND) WHILE ARE: FIND (AND) TO BE (AND AS) TO HAVE BEEN FOUND,

                        Defendant.

23-CV-10594 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 1, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 1, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge